```
                                    FILED
                              JUDGMENT ENTERED

                                 May 18, 2005
                                     Date
                        by _____G. Lucas_____
                                 Deputy Clerk
                              U.S. District Court
                          Eastern District of California
                           __x__   FILE CLOSED
```

*UNITED STATES DISTRICT COURT*

*EASTERN DISTRICT OF CALIFORNIA*

JOSE L. VARGAS,

        Plaintiff,

vs.                                    **JUDGMENT IN A CIVIL ACTION**

                                              1:04-cv-5365 SMS

GUNDERSON RAIL SERVICE,

        Defendant.
_____/

        DECISION BY COURT:  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

        IT IS HEREBY ORDERED AND ADJUDGED that Judgment is entered in favor of defendant Gunderson Rail Service and against plaintiff Jose L. Vargas.

DATED:

                                                    JACK L. WAGNER, Clerk

                                                    /s/ Greg Lucas
                                       By:
                                                    Deputy Clerk

jgm.civ
2/1/95